**BOOTH FISHERIES COMPANY, Appellant, v. UNITED STATES of America.**

No. 9802.

Circuit Court of Appeals, Eighth Circuit.

Aug. 9, 1933.

I. K. Lewis, of Duluth, Minn., for appellant.

L. L. Drill, U. S. Atty., of St. Paul, Minn., and Donald Harries, Sp. Asst. U. S. Atty., of Duluth, Minn.

PER CURIAM.

Appeal docketed and dismissed without costs to either party in this court, on motion of counsel for appellee and stipulation of parties.

**BOOTH FISHERIES COMPANY, Appellant, v. UNITED STATES of America.**

No. 9803.

Circuit Court of Appeals, Eighth Circuit.

Aug. 9, 1933.

I. K. Lewis, of Duluth, Minn., for appellant.

L. L. Drill, U. S. Atty., of St. Paul, Minn., and Donald Harries, Sp. Asst. U. S. Atty., of Duluth, Minn.

PER CURIAM.

Appeal docketed and dismissed without costs to either party in this court, on motion of counsel for appellee and stipulation of parties.

**Leslie S. BOWDEN, Trustee of National Thrift Corporation of America, v. Galen H. WELCH, Collector, etc.**

No. 7279.

Circuit Court of Appeals, Ninth Circuit.

Sept. 6, 1933.

Before WILBUR and SAWTELLE, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed; mandate forthwith.

**David BURNET, Commissioner of Internal Revenue, Petitioner, v. P–M–K PETROLEUM COMPANY.**

No. 9764.

Circuit Court of Appeals, Eighth Circuit.

June 6, 1933.

Sewall Key, Sp. Asst. to the Atty. Gen., and C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

Louis P. Donovan, of Shelby, Mont., for respondent.

PER CURIAM.

Cause docketed, and decision of Board of Tax Appeals reversed, with directions, etc., pursuant to stipulation of parties.

**A. E. BURNETT, District Director of Immigration for Los Angeles District, District No. 31, Appellant, v. YEE GOOK HOR, Appellee.**

No. 7257.

Circuit Court of Appeals, Ninth Circuit.

Aug. 21, 1933.

Peirson M. Hall, U. S. Atty., and Ignatius F. Parker, Asst. U. S. Atty., both of Los Angeles, Cal., for appellant.

J. E. Keating and T. E. Bowen, both of Los Angeles, Cal., for appellee.

Before WILBUR and SAWTELLE, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for the respective parties, ordered appeal dismissed; mandate forthwith.